UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 25-cr-10417-IT |
| | ) | |
| DANIEL ARAUJO GUERRERO | ) | |

**Defendant's Motion to Suppress**

EXHIBIT F

*BWC Footage of Tpr. McCrave*